EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re:                |                    |
|                       | 2025 TSPR 144      |
|                       |                    |
| Arturo Arzón Rivera   | 217 DPR ___        |

Número del Caso:  TS-7,265

Fecha:  19 de diciembre de 2025

Representante legal del peticionario:

    Lcda. Daisy Calcaño López

Materia:  Reinstalación al ejercicio de la abogacía.

Este documento está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal Supremo. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

|  |  |  |
|---|---|---|
| In re:<br><br><br>Arturo Arzón Rivera | TS-7,265 |  |

RESOLUCIÓN

En San Juan, Puerto Rico, a 19 de diciembre de 2025.

Evaluada la *Moción en cumplimiento de orden* presentada por el Sr. Arturo Arzón Rivera el 17 de diciembre de 2025, se da por cumplida la orden emitida en la *Resolución* del 11 de diciembre de 2025 y, en consecuencia, se reinstala al señor Arzón Rivera al ejercicio de la abogacía.

Se ordena que se reactive la Queja AB-2008-0113 para que continúe el trámite correspondiente.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.


Javier O. Sepúlveda Rodríguez
Secretario del Tribunal Supremo